IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| IRVING J. BERRY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:86-cv-04523-NKL |
| | ) |
| MISSOURI DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Berry's motion for an order regarding his stipend [Doc. 122] is denied for the reasons stated in Defendants' suggestions in opposition [Doc. 126].

Plaintiff Berry is advised that if he appeals this Order, he becomes liable for the $505 appellate filing fee the moment he files the notice of appeal and regardless of the outcome of the appeal. *Henderson v. Norris,* 129 F.3d 481, 483 (8th Cir. 1997).

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: December 16, 2015
Jefferson City, Missouri